# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

JESSICA ANN CALDEIRA,

   Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

   Defendant.

Case No.: 1:16-cv-01833-SAB

ORDER RE STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

(ECF No. 15)

  Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

  1. Defendant's opposition to Plaintiff's motion for summary judgment shall be filed on or before September 20, 2017; and

  2. Plaintiff's reply, if any, shall be filed on or before October 5, 2017.

IT IS SO ORDERED.

Dated:  **August 11, 2017**

              UNITED STATES MAGISTRATE JUDGE

1