# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JESSICA ANN CALDEIRA, Plaintiff, v. COMMISSIONER OF SOCIAL SECURITY. Defendant. | Case No. 1:16-cv-01833-SAB<br><br>ORDER RE SECOND STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 17) |
|---|---|

On September 20, 2017, Defendant filed a second stipulation to extend the time to respond to Plaintiff's motion for summary judgment. (ECF No. 17.)

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant's response to Plaintiff's motion for summary judgment shall be filed on or before September 25, 2017; and

2. Plaintiff's reply, if any, shall be filed on or before October 10, 2017.

IT IS SO ORDERED.

Dated: **September 20, 2017**

UNITED STATES MAGISTRATE JUDGE

1